IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

NORMAN SIMPSON,

    Plaintiff,

v.

JAVAKA JOHNSON, MARQUETTE SISTRUNK, ANISHA MAJETTE, KORBIN TIPPETT, and WYLENE HUNTER,

    Defendants.

CIVIL ACTION NO.: 6:22-cv-15

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to deny Defendant Hunter's Motion for Summary Judgment. Doc. 84. Defendant Hunter did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DENY** Defendant Hunter's Motion for Summary Judgment.

**SO ORDERED**, this 19th day of March, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA